**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                             **NO:4:08CR00059-01**

**LARRY LEROY STALEY**

### ORDER

Pending is Defendant's motion to exclude evidence. (Docket #18).  The government has filed a response.  Defendant moves to exclude evidence in the jury trial scheduled to begin March 2, 2009 that Bryant Cross was killed by the defendant shooting a .22 caliber Browning when Cross was standing under trees on October 23, 2007.  Defendant argues that this evidence is more prejudicial than relevant and would lead to confusion of the issues.

The defendant is currently charged with being a felon in possession of a firearm, in violation of 18 U.S.C. §922, based on his possession of at least one firearm on and before October 23, 2007.  On that date, the defendant discharged a gun and killed Bryant Cross.  The Court agrees that the discharge of the firearm is relevant to proof of the possession of the firearm as such, evidence of any discharge of the firearm is relevant and will not be excluded.  Further, evidence relating to the reason Defendant discharged the firearm is relevant to the applicability of the justification defense.  The Court will allow the Defendant the opportunity to attempt to establish the applicability of this defense.  However, the Court finds that any probative value of the evidence of the shooting or death of Mr. Cross is substantially outweighed by the danger of unfair prejudice and confusion of the issues.  Further, this evidence is not necessary for the government to prove the underlying offense.

For these reasons, evidence of the shooting of or death of Mr. Cross will be excluded during the trial of this case.

IT IS SO ORDERED this 23rd day of February, 2009.

_____
James M. Moody
United States District Judge