**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**V.**                                                                                                        **4:08CR00059 JMM**

**LARRY LEROY STALEY**

## ORDER

At the hearing held on March 2, 2009, the Defendant presented an underlying evidentiary foundation as to each element of the justification defense as required by *United States v. Poe*, 442 F.3d 1101, 1104 (8th Cir. 2006). Therefore, the Court will allow the Defendant to proceed with the defense of justification at trial.

In its second motion in limine, the Government seeks to prohibit the Defendant from making certain arguments which may permit or encourage jury nullification. The Defendant had no objection.

The Government's motion for reconsideration (Docket # 26) of the Court's February 23, 2009 Order is DENIED and the Government's Second Motion in Limine (Docket # 28) is GRANTED.

IT IS SO ORDERED this 3rd day of March 2009.

_____
James M. Moody
United States District Judge