IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                                                                  No. 4:08CR00059 JMM

LARRY LEROY STALEY

FINAL ORDER OF FORFEITURE

WHEREAS, on March 9, 2009, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit his interest in the following:

a)  a Browning Arms .22 caliber semi-automatic pistol, serial number 515MV16306;

b)  a Sears & Roebuck 30-30 Model 54, a .30 caliber rifle, serial number 42393;

c)  a Remington 870 Express 12 gauge shotgun;

d)  a Harrington and Richardson Pioneer model 750 .22 caliber rifle, serial number AF17662;

e)  a Stevens Savage model 311A 20 gauge shotgun bearing no serial number;

f)  an American Gun Company 12 gauge shotgun bearing no serial number;

g)  a Rossi .410 gauge shotgun, serial number M4122B; and,

h)  a Ruger model 77 .243 caliber rifle, serial number 78-08410.

WHEREAS, the United States caused to be published on the forfeiture website, internet address of www.forfeiture.gov for thirty consecutive days beginning on April 7, 2008, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order. and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, no claims were filed by any persons with respect to any of the property

described herein;

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to Title 18, U.S.C.§ 924(d) and Title 21 U.S.C. § 853(a).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

a) a Browning Arms .22 caliber semi-automatic pistol, serial number 515MV16306;

b) a Sears & Roebuck 30-30 Model 54, a .30 caliber rifle, serial number 42393;

c) a Remington 870 Express 12 gauge shotgun;

d) a Harrington and Richardson Pioneer model 750 .22 caliber rifle, serial number AF17662;

e) a Stevens Savage model 311A 20 gauge shotgun bearing no serial number;

f) an American Gun Company 12 gauge shotgun bearing no serial number;

g) a Rossi .410 gauge shotgun, serial number M4122B; and,

h) a Ruger model 77 .243 caliber rifle, serial number 78-08410.

are hereby forfeited to the United States of America pursuant to Title 18, U.S.C.§ 924(d) and Title 21, U.S.C. § 853(a).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title, and interest in all of the property set forth above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS SO ORDERED this 24th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE